```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 06315
     LOLITA LEWIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-6216

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/09/2007 and was confirmed 06/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 04/21/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
CHASE AUTO FINANCE         SECURED VEHIC      9898.00        360.65          364.43
ASSET ACCEPTANCE LLC       UNSECURED           577.09           .00             .00
AT&T                       UNSECURED         NOT FILED         .00             .00
CITY OF CHICAGO PARKING    UNSECURED           720.00           .00             .00
URBAN INSURANCE AGENCY     UNSECURED         NOT FILED         .00             .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED         .00             .00
ROUNDUP FUNDING LLC        UNSECURED          2348.76           .00             .00
COMCAST CABLE              UNSECURED           178.50           .00             .00
IQ TELECOM                 UNSECURED         NOT FILED         .00             .00
NCO FIN/99                 UNSECURED         NOT FILED         .00             .00
CITIZENS BANK              UNSECURED         NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED           739.93           .00             .00
T MOBILE                   UNSECURED         NOT FILED         .00             .00
HOLY CROSS HOSPITAL        UNSECURED         NOT FILED         .00             .00
CERTEGY                    UNSECURED         NOT FILED         .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           582.79           .00             .00
CHASE AUTO FINANCE         UNSECURED            43.72           .00             .00
EDUCATIONAL CREDIT CORP    UNSECURED         11097.08           .00             .00
B-REAL LLC                 UNSECURED           458.68           .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY            974.39           .00             .00
ILLINOIS DEPT OF REVENUE   UNSECURED           102.96           .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,484.00                        731.10
TOM VAUGHN                 TRUSTEE                                           103.56
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     1,559.74

PRIORITY                                           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 06315 LOLITA LEWIS
```

```
SECURED                                                         364.43
    INTEREST                                                    360.65
UNSECURED                                                          .00
ADMINISTRATIVE                                                  731.10
TRUSTEE COMPENSATION                                            103.56
DEBTOR REFUND                                                      .00
                                       ---------------   ---------------
TOTALS                                        1,559.74          1,559.74
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
   Dated: 07/22/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
          CASE NO. 07 B 06315 LOLITA LEWIS
```